

EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiffs*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY  10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ABS DISTRIBUTION, a division of ABS
INDUSTRIAL RESOURCES LTD.,

                 Plaintiff,

  -   against -

*MSC ELIANA* and *MSC AMSTERDAM,* their
engines, boilers, etc.; Mediterranean Shipping
Company, S.A.; B.C. Transportation, Inc.; and
ContainerPort Group, Inc.,

              Defendants.
-------------------------------------------------------X

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff certifies to the best of his knowledge and belief that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

            Corporate Parent   -    ABS Industrial Resources
            Affiliate           -    ABS Alloys & Metals

Dated: New York, New York
       August 20, 2008



          EDWARD C. RADZIK (ER-2473)
          McDermott &Radzik, LLP
          *Attorneys for Plaintiff*
          Wall Street Plaza - 88 Pine Street
          New York, NY 10005-1801
          (212) 376-6400